UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-13-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JOSHUA DAVIS | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Indictment against the above-captioned defendant, in that a superseding indictment was returned against the defendant on February 14, 2013.

THOMAS G. WALKER
United States Attorney

BY: /s/ John H. Bennett
JOHN H. BENNETT
Assistant United States Attorney
Criminal Division
215 S. Evans Street, Suite 206
Greenville, NC 27858
Telephone: (252) 830-0335
Fax: (252) 830-1132
john.bennett2@usdoj.gov
N.C. State Bar No. 12865

Leave of Court is granted for the filing of the foregoing dismissal.

/s/ Louise W. Flanagan
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

Date: 2/22/2013