**Motion DENIED.**

This the  5th  day of  May , 20 20 .

/s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-13-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA DAVIS | MOTION TO REOPEN DETENTION PROCEEDINGS TO SET CONDITIONS OF RELEASE AND INCORPORATED MEMORANDUM OF LAW |

    The defendant, Joshua Davis, by and through undersigned counsel, hereby moves this Court, pursuant to 18 U.S.C. § 3142(f)(2)(B) to reopen the issue of whether he should be detained pending further proceedings and to release him from custody based on now-existing information that was not known to Mr. Davis at the time of the detention hearing held on November 25, 2019. Mr. Davis does not seek a successive detention hearing. Mr. Davis requests that this Court consider the now-existing information, as described below, to set conditions of release.

    Mr. Davis is in the custody of the U.S. Marshal and is currently housed at the Albemarle District Jail in Elizabeth City, North Carolina. Since the date of Mr. Davis' detention hearing, a novel coronavirus —COVID-19—has spread across North Carolina. As of April 29, 2020, there have been 36 cases of COVID-19 in Pasquotank County, including one death.[1]

    Mr. Davis requests that the Court reopen the detention proceedings, and set conditions of release, to include home confinement in Goldsboro, North Carolina, along with any other conditions the Court deems appropriate.

---

[1] NC Cases COVID-19 By Counties, https://www.ncdhhs.gov/divisions/public-health/covid19/covid-19-nc-case-count#by-counties.